IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:25-00157 |
| v. | ) | |
| | ) | 18 U.S.C. § 751(a) |
| DEQUAN EUGENE CROWELL | ) | 18 U.S.C. § 4082(a) |

# INFORMATION

THE ACTING UNITED STATES ATTORNEY CHARGES:

On or about October 15, 2024, in the Middle District of Tennessee, the defendant, **DEQUAN EUGENE CROWELL,** did knowingly escape from the custody of Diersen Charities Nashville Residential Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Tennessee upon conviction for the commission of Unlawful Possession of a Firearm by a Previously Convicted Felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

In violation of Title 18, United States Code, Sections 751(a) and 4082(a).

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

AHMED A. SAFEEULLAH
ASSISTANT UNITED STATES ATTORNEY